610

428 A.2d 688

Sult et al., Appellants v. Munn et al.

Argued March 11, 1980. Daniel G. Flannery, submitted a brief on behalf of appellants; Elliot B. Edley, for appellees.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

We affirm the order of the court below entered July 10, 1979 decreeing the default judgment entered by appellants against appellees on August 9, 1978 is opened; and appellees are hereby ordered to file an amended answer and counter-claim within twenty days from the date of entry of this order. We further affirm the order of the court below entered September 21, 1979 denying appellants' application for reconsideration of the order of court entered July 10, 1979.

August 22, 1980.

428 A.2d 688

Commonwealth v. Arentz, Appellant.

Argued March 3, 1980. Clayton R. Wilcox, Public Defender, for appellant; Robert G. Teeter, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Judgment of sentence affirmed.